UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :    Chapter 13

                         :

Adrian A. Dobie            :    Bankruptcy No. 08-17484

                         :

                         :

Debtor                  : 

## O R D E R

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim filed by **RBS Citizens, N.A.**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS to Claim Number 1-1 on the Claims Register forthwith**.

3. **RBS Citizens, N.A.** shall file redacted copies of the documents(s) identified in Paragraph 2 above within 14 days from the date of the entry of this Order.

Dated:   3/28/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**